# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:22-CV-00214-RJC-DSC

| | |
|---|---|
| TAITUM MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COCA-COLA CONSOLIDATED INC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Matthew S. Parmet and Kimberly De Arcangelis]" (documents ##2 and 4). For the reasons set forth therein, the Motions will be <u>granted.</u>

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: June 10, 2022

David S. Cayer
United States Magistrate Judge