IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| TAITUM MARSHALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COCA-COLA CONSOLIDATED, INC.,<br><br>Defendant. | C.A. No. 3:22-cv-00214-RJC-DSC |

**JOINT SUPPLEMENT TO MOTION FOR PRELIMINARY
SETTLEMENT APPROVAL**

NOW COMES, Plaintiff, Taitum Marshall ("Plaintiff") and Defendant COCA-COLA CONSOLIDATED, INC., ("Defendant") (collectively "the Parties") by and through their respective undersigned counsel, hereby state as follows:

1. On January 19, 2023, Plaintiff filed the Unopposed Motion for Preliminary Settlement Approval (the "Motion"). [ECF Nos. 17-18].

2. In the Memorandum in Support of the Motion, the Parties listed that there were approximately 1,522 North Carolina Class members. [ECF No. 18, pgs. 4, 5, n.2, 13, 18].

3. Upon further review, including in conjunction with Defendant recently preparing the notices required by the Class Action Fairness Act ("CAFA"), the Parties realized that an administrative error was made in listing the number of North Carolina Class Members in the Memorandum. There are approximately 1,522 North Carolina Class members who were overpaid as a result of the Kronos outage. However, there are also approximately 1,146 North Carolina Class members who were underpaid during the course of the Kronos outage, although Defendant has

also asserted they were made whole via reconciliation payments issued in April of 2022. [ECF No., p.3].

4. Accordingly, the total number of North Carolina Class Members is approximately 2,668, instead of the 1,522 number originally listed in the Memorandum.

5. This administrative error does not otherwise change the content of the Motion or the overall number of individuals subject to the proposed settlement as asserted in the Motion (approximately 12,494 – ECF No. 18, p.5). Rather, it only affects the number of individuals in the Settlement who were designated as being Rule 23 North Carolina Class members, in addition to already being FLSA Settlement Collective members. The Parties submit this information to ensure that the record is correct and the Court has the proper information in reviewing the Motion for Preliminary Settlement Approval.

Dated this the 26th day of January, 2023.       Respectfully submitted,

/s/ Adam A. Smith
Adam A. Smith, NC Bar #31798
RIDDLE & BRANTLEY, LLP
PO Box 11050
Goldsboro, NC 27532
Telephone: 919.778.9700
Email: AAS@justicecounts.com

/s/ Matthew S. Parmet
Matthew S. Parmet
PARMET PC
3 Riverway, Ste. 1901
Houston, TX 77056
Telephone: 713.999.5228
Email: matt@parmet.law
(*pro hac vice*)

Kimberly De Arcangelis, Esq.
Bar No: 0025871
MORGAN & MORGAN, P.A.
20 Orange Ave., 15th Floor
Orlando, Florida 32801
Telephone: 407.420.1414
Email: kimd@forthepeople.com
(*pro hac vice*)
*Attorneys for Plaintiff*


/s/ Michael D.Ray
Michael D. Ray, NC #52947
Virginia M. Wooten, NC #48180
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, NC 28244
Telephone: 704.405.3133
Facsimile: 704.342.4379
E-mail: michael.ray@ogletree.com
          virginia.wooten@ogletree.com
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I, Michael D. Ray, hereby certify that I have this day electronically filed the foregoing **SUPPLEMENT TO MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Adam A. Smith
>Riddle & Brantley, LLp
>PO Box 11050
>Goldsboro, NC 27532
>Telephone: 919.778.9700
>Email: AAS@justicecounts.com
>
>Matthew S. Parmet
>Parmet PC
>3 Riverway, Ste. 1901
>Houston, TX 77056
>Telephone: 713.999.5228
>Email: matt@parmet.law
>(*pro hac vice*)
>
>Kimberly De Arcangelis, Esq.
>Morgan & Morgan, P.A.
>20 Orange Ave., 15th Floor
>Orlando, Florida 32801
>Telephone: 407.420.1414
>Email: kimd@forthepeople.com
>(*pro hac vice*)
>
>*Attorneys for Plaintiff*

Dated this the 26th day of January, 2023.

>/s/ Michael D. Ray
>Michael D. Ray, NC #52947
>OGLETREE, DEAKINS, NASH,
> SMOAK & STEWART, P.C.
>201 South College Street, Suite 2300
>Charlotte, NC 28244
>Telephone: 704.405.3133
>Facsimile: 704.342.4379
>E-mail: michael.ray@ogletree.com