UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

TAITUM MARSHALL,
Individually and on behalf of all
others similarly situated,                           Civil Action No. 3:22-cv-00214-RJC-SCR

        *Plaintiff(s),*

v.

COCA-COLA CONSOLIDATED
INC., f/k/a, COCA-COLA
BOTTLING CO. CONSOLIDATED

        *Defendant.*

_____/

## **PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT**

Plaintiff, individually and on behalf of all other similarly situated individuals, hereby respectfully requests that this Court grant final approval of the Settlement Agreement ("Agreement") [previously filed as D.E. 18-1] reached by the Parties to this action, including payment of reasonable attorneys' fees and costs[1]. Plaintiff respectfully requests the Court issue an Order:

(1)    certifying for settlement purposes only, pursuant to Federal Rule of Civil Procedure 23 and Section 216(b) of the Fair Labor Standards Act ("FLSA"), the following Class:

> **All individuals who previously joined this action as Opt-in Plaintiffs or individuals who the Parties agree may have potential claims under the North Carolina Wage and Hour Act.**

(2)    granting final approval of the Agreement;

(3)    approving distribution of the Net Settlement Amount, as defined in the

---

[1] Plaintiff is contemporaneously filing her Unopposed Motion to Approve Attorney's Fees and Costs.

1

Agreement, to the Plaintiffs and the Settlement Class or Collective Members;

(4)     approving a service award in exchange for a general release payment to the Named Plaintiff, Taitum Marshall, in the amount of $5,000.00;

(5)     approving payment of the actual costs of the Settlement Claims Administrator in the amount of $52,688.00; and

(7)     entering a judgment dismissing this case with prejudice.

As discussed in the accompanying memorandum in support, the Agreement is fair and reasonable and should be approved by the Court.

Submitted this 3rd day of October, 2023.

/s/ Kimberly De Arcangelis
Kimberly De Arcangelis, Esq.
Bar No: 0025871
MORGAN & MORGAN, P.A.
20 Orange Ave., 15th Floor
Orlando, Florida 32801
Telephone: 407.420.1414
Email: kimd@forthepeople.com
(pro hac vice)

Adam A. Smith, NC Bar #31798
RIDDLE & BRANTLEY, LLP
PO Box 11050
Goldsboro, NC 27532
Telephone: 919.778.9700
Email: AAS@justicecounts.com

Matthew S. Parmet
PARMET PC
3 Riverway, Ste. 1901
Houston, TX 77056
Telephone: 713.999.5228
Email: matt@parmet.law
(pro hac vice)

Attorneys for Plaintiff

2

## <u>CERTIFICATE OF SERVICE</u>

I, Kimberly De Arcangelis, hereby certify that I have this day electronically filed the foregoing **UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Michael D. Ray, NC #52947
> Virginia M. Wooten, NC #48180
> OGLETREE, DEAKINS, NASH,
> SMOAK & STEWART, P.C.
> 201 South College Street, Suite 2300
> Charlotte, NC 28244
> E-mail: michael.ray@ogletree.com
> *Attorneys for Defendant*

> ***/s/ Kimberly De Arcangelis***
> Kimberly De Arcangelis, Esq.

3