# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:22-cv-00214-RJC-SCR

| | |
|---|---|
| **TAITUM MARSHALL,** *individually and on behalf of all others similarly situated,* <br><br>**Plaintiff,**<br><br>v.<br><br>**COCA-COLA CONSOLIDATED INC.,**<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** is before the Court on the parties' Joint Notice of Filing pursuant to the Court's final approval in this matter. (Doc. No. 28). In its Final Approval Order entered on October 17, 2023, (Doc. No. 27), the Court directed that "[f]ollowing the expiration of the Acceptance Period (as defined in the Settlement Agreement), the Settlement Administrator shall file a declaration with the Court attaching a list of all Settlement Collective Members who negotiated Settlement Checks, which shall serve as notice of consents under 29 § U.S.C. 216(b)." (*Id.* at ¶ 11). The Court further directed that "[o]nce that list is filed, this matter shall be dismissed with prejudice in all respects in accordance with the terms of the Settlement Agreement and the matter closed." (*Id.* at ¶ 12). On May 29, 2024, the parties jointly submitted their declaration and list of Settlement Collective Members who negotiated Settlement Checks. (Doc. Nos. 28, 28-1).

1

**IT IS, THEREFORE, ORDERED** that:

(1) The case is **DISMISSED WITH PREJUDICE** in accordance with the terms of the Settlement Agreement;

(2) The Clerk is directed to close the case.

Signed: July 1, 2024

Robert J. Conrad, Jr.
United States District Judge